GREEN *v.* BOYLE.

*Thursday, January 24.*

APPEAL from the *Cass* Circuit Court.

*Per Curiam.*—Suit by *Boyle* against *Green*, on an account for lumber. In the bill of particulars of the lumber, made out by the plaintiff, *Green* was credited $12 for mill irons. On the trial, *Greene* offered to prove that the mill irons thus credited were worth $60. Objection was made and sustained, on the ground that the defendant had not set up his claim for the mill irons by way of set-off.

We are of opinion that the point thus stated is not properly before us, as a new trial was not asked, on the ground that the Court rejected the evidence. *Kent* v. *Lawson*, 12 Ind. 675.

The judgment below is affirmed, with costs, and 5 per cent. damages.

*Nov. Term, 1860.*

*H. P. Biddle*, for appellant.

